**Order entered July 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00157-CV

**CBIF LIMITED PARTNERSHIP, COLUMBIA AIRPORT, LLC, AND STEVE FLORY,**
**Appellants**

**V.**

**TGI FRIDAY'S INC., ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04730**

## ORDER

By order entered July 8, 2015, we directed the reporter's record, which was first due March 7, 2015, be filed no later than July 20, 2015 and cautioned Antionette Reagor, Official Court Reporter of the 68th Judicial District Court, no extensions would be granted absent exigent circumstances. In response, Ms. Reagor and Lanetta Williams, Official Court Reporter of County Court at Law No.2 and who reported a portion of the trial in this case, have each filed requests for extensions of time. We **GRANT** the requests and **ORDER** Ms. Reagor and Ms. Williams to **file the record no later than August 10, 2015.** We caution that no further extensions will be granted and failure to comply with this order *will result in an order that Ms. Reagor and Ms. Williams not sit as reporters until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court; the Honorable King Fifer, Presiding Judge of County Court at Law no. 2; Ms. Reagor; Ms. Williams; and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
           JUSTICE